[No. 6789–1–III.   Division Three.   April 8, 1986.]

CEDAR ROADS HOMEOWNERS ASSOCIATION, *Appellant,* v.
THE CITY OF SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–2–01490–0, William G. Luscher, J.,

entered June 26, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.